**Henry Schrik & Company, appellee, v. Board of Education of the City of Chicago, appellant. Gen. No. 31,085.**

Assumpsit for breach of contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 29, 1926. Rehearing denied December 13, 1926.

Frank S. Righeimer, for appellant; Leo V. Roeder, Ralph W. Condee and Frank F. Trunk, of counsel. John L. McInerney, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**National Surety Company, appellee, v. W. M. Smith et al., trading as Smith, Hardy & Company, appellants. Gen. No. 31,121.**

Suit to recover payment for stock certificate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 29, 1926.

Webster, Holmes & Holmgren, for appellants; Elmer N. Holmgren, of counsel. A. M. Blum, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Arthur Schiller and Robert Schiller, trading as Arthur Schiller & Son, defendants in error, v. Simon Sachs, plaintiff in error. Gen. No. 30,844.**

Suit to recover for goods sold and delivered. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Webster, Holmes & Holmgren, for plaintiff in error; Grover E. Holmes, of counsel. Maurice A. Barancik and Louis A. Mantynband, for defendants in error; Lyle L. Richmond, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Stefan Konrad Sass, plaintiff in error, v. Robert E. Crowe, State's attorney, defendant in error. Gen. No. 30,870.**

Petition for mandamus to compel State's attorney to sign information and petition therefor. Demurrer to petition sustained. Error to the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

McGilvray, Eames, Vaughan & Tilley, for plaintiff in error. Robert E. Crowe, State's Attorney, and William H. Duval, Assistant State's Attorney, for defendant in error; Ewart Harris, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.